FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA DEL RAYO MENDOZA GARCIA, | No. 2:19-cv-00340-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| OKANOGAN COUNTY, OKANOGAN COUNTY SHERIFF, Office of the, and TAMMI DENNEY, Chief Corrections Deputy of the Office of the Okanogan County Sheriff, in her individual capacity, | |
| Defendants. | |

On March 25, 2020, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.  The parties' Stipulation for Order of Dismissal with Prejudice and Notice of Settlement, **ECF No. 23**, is **GRANTED**.

2.  All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

3.  All pending motions are **DENIED AS MOOT**.

1        **4.**     All hearings and other deadlines are **STRICKEN**.

2        **5.**     The Clerk's Office is directed to **CLOSE** this file.

3        **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

4    provide copies to all counsel.

5        **DATED** this 26th day of March 2020.

6        _____
         SALVADOR MENDOZA, JR.

7        United States District Judge